|  |  |  |
|---|---|---|
| DARNELL WILLIAMS, on behalf of himself and all others similarly situated, | ) ) ) ) | **United States District Court** **Northern District of Illinois** |
| Plaintiffs, | ) ) ) | Case No.: 1:25-cv-11699 |
| v. | ) ) ) | **NOTICE OF SETTLEMENT** |
| Diva Fam, Inc., | ) ) | |
| Defendant. | | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: January 9, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630) 478-0856

Email: achan@ealg.law